WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOANNE JARAMILLO GARCIA,  )<br>                                                   )<br>               Plaintiff,             )<br>                                                   )<br>               v.                          )<br>                                                   )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social Security  )<br>Administration,                        )<br>                                                   )<br>               Defendant.          )<br>_____ ) | CASE NO.: **EDCV14-02194 AGR**<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED EIGHTY-SEVEN DOLLARS and 44/cents ($2,387.44), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: December 21, 2015

*alicia G. Rosenberg*

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1